**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

August 4, 2021

<u>VIA ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United State Courthouse
40 Foley Square, Room 2101
New York, New York 10007

RE:   *United States v. Winnis Brito*
      <u>1:20-CR-00563-JPO-4</u>

Honorable Oetken;

I, Dawn M. Florio, attorney at law, represent Winnis Brito on the above case matter. I am requesting that Winnis Brito have his location monitoring removed and his curfew removed. Mr. Brito attends school from 6pm-10pm and is doing very well along with being able to care for his mother.

I have spoken to Pretrial Service Officer Mohammed Ahmed and he has no objection to this request AUSA Kaylan Lasky defers to Pretrial.

I am requesting that this application be acknowledged and considered.

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

Granted,
So ordered.
8/5/2021

_____
J. PAUL OETKEN
United States District Judge