**DAWN M. FLORIO LAW FIRM, PLLC**
*Attorney & Counselors at Law*
488 Madison Avenue, 20th Floor
New York, NY 10022
Telephone: (212) 939-9539
Facsimile: (347) 398-8062
DawnMFlorio@yahoo.com

August 23, 2021

<u>VIA ECF</u>
Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United State Courthouse
40 Foley Square, Room 2101
New York, New York 10007

          RE:  *United States v. Winnis Brito*
                <u>1:20-CR-00563-JPO-4</u>

Honorable Oetken;

    I, Dawn M. Florio, attorney at law, represent Winnis Brito on the above case matter. I am requesting that Winnis Brito be allowed to travel to Puerto Rico leaving September 10 and returning September 14 with his girlfriend for her birthday. Mr. Brito has not purchased the tickets as of yet because he is awaiting the final decision your Honor in order to proceed.

    I have spoken to Pretrial Service Officer Marlon Ovalles and he has no objection to this request and AUSA Kaylan Lasky defers to Pretrial.

    I am requesting that this application be acknowledged and considered.

Granted.
So ordered.
8/24/2021

Sincerely,

Dawn M. Florio

Dawn M. Florio, Esq.

_____
J. PAUL OETKEN
United States District Judge